AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>GODSEY, BRIANNA J<br>1180 BACCARAT DR<br>COLUMBUS, OH 43228 | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form<br>CASE NUMBER: 3:11-po-138<br>USM NUMBER:<br>Thomas W. Anderson, Esq.<br><sub>Defendant's Attorney</sub> |

**THE DEFENDANT:** GODSEY, BRIANNA J

☑ **THE DEFENDANT** pleaded guilty to count(s) 1s

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12(A)(1) | Operation of a Motor Vehicle Without a Valid Driver's License | 8/6/11 | 1s |

☑ Count(s) 1 of the Information   ☑ is  ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** 30.00 | $ 5.00 | $ 25.00 | $ 0.00 |

Defendant's Soc. Sec. No.: ###-##-5697

Defendant's Date of Birth: ##/##/1989

Defendant's Residence Address:
1180 BACCARAT DR
COLUMBUS, OH 43228

Defendant's Mailing Address:
1180 BACCARAT DR
COLUMBUS, OH 43228

05/02/12
Date of Imposition of Judgment

s/Sharon L. Ovington
Signature of Judge

SHARON L. OVINGTON, U.S. Magistrate Judge
Name and Title of Judge

05/02/12
Date